UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JENNINGS,<br><br>    Plaintiff(s),<br><br>  v.<br><br>DEPARTMENT OF JUSTICE et al,<br><br>    Defendant(s). | No. C 08-5518 MHP<br><br>**SUA SPONTE ORDER OF REFERRAL** |

This action appears to be one of several cases previously filed in the Northern District of California. . The earliest-filed action was *Jennings v. Government of the United States of America*, Case No. C 05-1690 WHA. Pursuant to Civil Local Rule 3-12(c), the Court refers this matter to Judge William H. Alsup for the purpose of determining whether it is related as defined in Civil Local Rule 3-12(a).

Dated: 12/10/2008

                                   MARILYN HALL PATEL
                                   United States District Court Judge