IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JENNINGS, | No. C 08-05518 WHA |
| Plaintiff, | |
| v. | **JUDGMENT** |
| UNITED STATES DEPARTMENT OF JUSTICE, | |
| Defendant. | |

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant and against plaintiff. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: May 6, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE